# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

**Date:** March 13, 2008

Courtroom Deputy: Ginny Kramer
Court Reporter: Suzanne Claar
Interpreters: Cathy Bahr and Susana Cahill
_____

**Criminal Case No. 07-cr-00341-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Wallace Kleindienst |
| v. | |
| 1. GILDARDO FELIZ-ALVAREZ, | William Herringer |
| 2. VICTOR RAMIREZ-MEDINA, | David Lindsey |
| Defendants. | |

_____

## COURTROOM MINUTES - SUPPRESSION HEARING
_____

**1:35 p.m.    Court in session.**

This hearing is continued from January 18, 2008.

The Defendants are present in court (in custody).

Appearances of counsel.

Opening statements by the court.

The parties stipulate to the qualifications of the interpreters.

The Interpreters are sworn.

The Court's sequestration order remains in effect.

1

The witness Agent John Di Felice resumes the stand.

The witness is reminded that he remains under oath.

1:39 p.m.   Cross examination of the witness, Agent John Di Felice, by Mr. Herringer, for defendant Gilardo Felix-Alvarez.

2:04 p.m.   Cross examination of the witness, Agent John Di Felice, by Mr. Lindsey, for defendant Victor Ramirez-Medina.

2:27 p.m.   Redirect examination of the witness, Agent John Di Felice.

The Government offers Government's Exhibit 2.

Objections by Defendant Gilardo Feliz-Alvarez.

Response by the Government.

Defendant Gilardo Feliz-Alvarez's objections are overruled.

**Government's Exhibit 2 is admitted into evidence.**

Questions to the witness by the Court.

Re-cross examination of the witness, by Mr. Herringer, for Defendant Gilardo Feliz-Alvarez.

The witness is excused and released from subpoena.

**3:05 p.m.   Court in recess.**
**3:25 p.m.   Court in session.**

The Government calls witness, Special Agent John Preeg.

The witness is sworn.

3:26 p.m.   Direct examination of the witness, Special Agent John Preeg.

The record shall reflect that the witness identified the defendants, subject to cross examination.

The Government offers Government's Exhibit 5.

No objections.

**Exhibit 5 is admitted into evidence**.

4:00 p.m.    Cross examination of the witness, Special Agent John Preeg, by Mr. Herringer, for defendant Gilardo Feliz-Alvarez.

4:06 p.m.    Cross examination of the witness, Special Agent John Preeg, by Mr. Lindsey, for defendant Victor Ramirez-Medina.

The witness is excused and released from subpoena.

4:11 p.m.    The Government rests.

Defendants do not present any evidence.

4:14 p.m.    Closing argument by Mr. Kleindienst, for the Government.

4:28 p.m.    Closing argument by Mr. Herringer, for Defendant Gilardo Felix-Alvarez.

4:32 p.m.    Closing argument by Mr. Lindsey, for Defendant Victor Ramirez-Medina.

4:36 p.m.    Rebuttal argument by Mr. Kleindienst.

**It was ORDERED**:

1. That Defendant Gildardo Feliz-Alvarez's Motion to Suppress *Unlawful Warrant Arrest* [#38] filed October 17, 2007, is **taken under advisement.**

2. That Defendant Gildardo Feliz-Alvarez's Motion to Suppress *Warrantless Search of Cellular Phones* [#39], filed October 17, 2008, is **taken under advisement.**

3. That Defendant Victor Ramirez-Medina's Motion to Suppress *Fruits of Warrantless Arrest* [#31], filed October 10, 2007, is **taken under advisement.**

4. That Defendant Victor Ramirez-Medina's Motion to Suppress *Custodial Statements* [# 32], filed October 10, 2007, is **taken under advisement.**

Defendant Gilardo Feliz-Alvareaz, Mr. Herringer, and Mr. Kleindienst are excused.

The Court will hear the ex-parte motion of defendant Victor Ramirez-Medina.

**4:40 p.m.    Court in recess.**
**4:53 p.m.    Court in session**.

Defendant Victor Ramirez-Medina's presence is waived for this part of the hearing.

Statements to the Court by Mr. Lindsey.

**It was ORDERED**:

>    1.    That Defendant, Victor Ramirez-Medina's Ex Parte Motions [#65 and #70] are **taken under advisement**.

**4:56 p.m.    Court in recess.**

*Total in court time: 2 hours and 54 minutes - hearing concluded*