IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07-cr-00341-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GILDARDO FELIX-ALVAREZ,

    Defendant.

---

### ORDER REGARDING DEFENDANT FELIX-ALVAREZ'S MOTION *IN LIMINE* REGARDING AUDIO RECORDINGS

**Blackburn, J.**

This matter came before the court on April 22, 2008, for hearing on **Defendant Felix-Alvarez's Motion In Limine Regarding Audio Recordings** [#40], filed October 17, 2007. By stipulation, the defendant and government propose that further hearing on the motion be deferred pending an opportunity to review certified transcripts of the ten recorded phone calls made by CI 0173 and the defendant between July 18, 2007, and July 22, 2007.

**THEREFORE, IT IS ORDERED** as follows:

1. That the stipulation of the parties concerning the management of **Defendant Felix-Alvarez's Motion In Limine Regarding Audio Recordings** [#40], filed October 17, 2007, is **APPROVED**;

2. That as soon as practicable, the government **SHALL ARRANGE** for the

relevant recordings to be translated from Spanish to English by a certified court interpreter;

3. That when translated, the court **SHALL RECEIVE** the original certified transcript(s) of the translated recordings, and the defendant and the government **SHALL EACH RECEIVE** a certified copy of the transcript(s) of the translated recordings;

4. That further requests for relief, including objections to the transcript(s) of the translated recordings **SHALL BE FILED** within 30 days of receipt of the transcript(s); and

5. That the motion **SHALL REMAIN PENDING** until further order of the court.

Dated April 23, 2008, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  s/ Robert E. Blackburn
                                                  **Robert E. Blackburn**
                                                  **United States District Judge**